716

No. 141. MINUSE ET AL. *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David V. Cahill* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Chester T. Lane, Roger S. Foster,* and *Theodore L. Thau* for the United States.

No. 142. CAMERON *v.* CIVIL AERONAUTICS BOARD. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Daniel D. Carmell* and *Walter F. Dodd* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Walter J. Cummings,. Jr.* for respondent.

No. 143. HANKIN *v.* UNITED STATES. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Ira Jewell Williams, Jr.* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Vernon L. Wilkinson, John C. Harrington,* and *Walter J. Cummings, Jr.* for the United States.

No. 146. MILLER, TRUSTEE IN BANKRUPTCY, *v.* WOOLLEY. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Earl A. Moss* for petitioner. *Messrs. Frank P. Doherty, Joseph F. Rank,* and *Ralph C. Curren* for respondent.

No. 147. SOUTHERN RAILWAY CO. *v.* JESTER, ADMINISTRATRIX. October 9, 1944. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Messrs.*

*P. A. Bonham, Frank G. Tompkins, H. G. Hedrick, Sidney S. Alderman,* and *S. R. Prince* for petitioner. *Messrs. James H. Price* and *James D. Poag* for respondent. ■

No. 157. UNITED STATES EX REL. JOHNSTON *v.* CAREY, SHERIFF. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Brien McMahon* for petitioner. ■

No. 162. GREENE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Chas. I. Francis* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, A. F. Prescott, Joseph M. Jones,* and *Walter J. Cummings, Jr.* for respondent. ■

No. 168. PENNSYLVANIA *v.* CONTE. October 9, 1944. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Messrs. C. William Kraft, Jr.* and *William R. Toal* for petitioner. *Mr. Hayden C. Covington* for respondent. ■

No. 171. TOWNSEND ET AL. *v.* NEW YORK CENTRAL RAILROAD CO. ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Leon M. Despres* for petitioners. *Messrs. J. R. Barse, M. L. Bluhm, Marvin A. Jersild, W. J. Milroy, Theodore Schmidt,* and *Milton V. Thompson* for respondents. ■